IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 14-70282 |
| KEVIN RHEA COATS | § | |
| DEBTOR(S) | § | CHAPTER 13 |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

**COMES NOW,** Lance Erickson, of the Law Firm of McCarthy, Holthus & Ackerman, L.L.P., and hereby gives Notice of Appearance in this cause as Counsel for Creditor, JP Morgan Chase Bank, National Association, its assignees and/or successors.

The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

**DATED 9/22/2014**

        Respectfully Submitted,

        MCCARTHY, HOLTHUS & ACKERMAN, LLP
        */s/ Lance Erickson*
        **Cole D. Patton**
        State Bar No. 24037247
        **Lance J. Erickson**
        State Bar No. 24072509
        1255 West 15th Street, Suite 1060
        Plano, Texas 75075
        Phone: (214) 291-3800
        Fax:    (214) 291-3801
        Atty File No.: TX-14-14591
        ATTORNEYS FOR SECURED CREDITOR

## **CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance was served on the parties listed below by the United States Mail, first class postage prepaid or via electronic e-mail by the Clerk of Court on 9/22/2014:

DEBTOR
Kevin Rhea Coats
7025 Seymour Hwy
Wichita Falls, TX 76310


DEBTOR ATTORNEY
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301


TRUSTEE
Robert B. Wilson
6308 Iola Avenue
Lubbock, TX 79424


US TRUSTEE
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242

McCARTHY, HOLTHUS & ACKERMAN, LLP

 /s/  Lance Erickson
Lance Erickson
Atty file no.: TX-14-14591

McCarthy, Holthus & Ackerman, L.L.P.
TX-14-14591