Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Kevin Rhea Coats | § | CASE NO. 14-70282-hdh-13 |
| | § | |
| | § | Hearing on November 19, 2014 |
| DEBTOR | § | 10:00 A.M. |

NOTICE OF HEARING ON DEBTOR'S MOTION TO EXCUSE DEBTOR
FROM MANDATORY WAGE DIRECTIVE

COME NOW Kevin Rhea Coats, Debtor, and files this Notice of Hearing. Attorney for Debtor's hereby notifies that hearing on Debtor's Motion to Excuse Debtor From Mandatory Wage Directive is set before the Honorable Judge Harlin D. Hale, at 10:00 o'clock A.M., November 19, 2014, in the United States Bankruptcy Court, Room 208, 1000 Lamar, Wichita Falls, Texas 76301.

CERTIFICATE OF SERVICE

The undersigned hereby certified that on October 13, 2014 a true and correct copy of the foregoing was served on the following parties in interest by ECF and/or regular mail:

CHAPTER 13 TRUSTEE
Robert B. Wilson
6308 Iola Ave, Suite 100
Lubbock, TX 79424

DEBTOR
Kevin Rhea Coats
7025 Seymour Hwy
Wichita Falls, TX 76310

US TRUSTEE
William T. Neary
1100 Commerce St., Rm 9SC60
Dallas, TX 75242

/s/Monte J. White, Attorney for Debtor